UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE ZIMMERMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of the Social<br>Security Administration,<br><br>　　　　　Defendant. | Case No. ED CV 05-537-PJW<br><br>ORDER GRANTING PLAINTIFF'S<br>COUNSEL'S MOTION FOR ATTORNEY<br>FEES |

　　　Plaintiff's counsel's motion for an award of attorney's fees in the amount of $6,856.50 (less $2,284 already paid under EAJA) is GRANTED.  The net fee is $4,572.50

　　　IT IS SO ORDERED.

　　　DATED:　　May 9, 2008.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PATRICK J. WALSH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-CLOSED\Closed-Soc Sec\ZIMMERMAN, M 537\order.atty's fees.wpd